Anna Y. Park, CA SBN 164242
Nakkisa Akhavan, CA SBN 286260
Derek Li, CA SBN 150122
Maurice Aaron Neishlos, CA SBN 338942
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, California, 90012
Telephone: (213) 785-3080
Facsimile: (213) 894-1301
Email: lado.legal@eeoc.gov

Connie K. Liem, TX SBN 791113
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
555 West Beech Street, Suite 504
Telephone: (619) 900-1617
Facsimile: (619) 557-7274
E-Mail: connie.liem@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>AMTCR, INC., AMTCR NEVADA, INC., and AMTCR CALIFORNIA, LLC, collectively dba McDonald's, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-01808-JAD-NJK<br><br>**ORDER GRANTING STIPULATED REQUEST FOR STAY OF PROCEEDINGS PENDING PRIVATE MEDIATION**<br><br>ECF No. 7 |

1

To the Honorable Judges of Said Court:

Plaintiff United States Equal Employment Opportunity Commission ("Plaintiff" or "EEOC") and Defendants AMTCR, INC., AMTCR NEVADA, INC., and AMTCR CALIFORNIA, LLC ("Defendants") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and request a ninety (90) day stay of proceedings in this matter, or until April 18, 2022 to allow the Parties to participate in private mediation and conserve resources.

On September 29, 2021, Plaintiff filed a Complaint under Title VII of the Civil Rights Act of 1964, as amended (hereinafter "Title VII"), and Title I of the Civil Rights Act of 1991 (the "Action"), asserting violations of Section 703(a) of Title VII. (ECF No. 1)  On November 8, 2021, all three Defendants waived service of process of summons. (ECF No. 4)  Accordingly, Defendants' deadline for filing an Answer or response to the EEOC's Complaint was December 24, 2021. As of this date, none of the Defendants have filed an Answer. This Court has not issued a scheduling order.

On or about January 3, 2022, Defendants' counsel Ines Monte represented to the EEOC that she was unable to file an Answer/responsive pleading by December 24, 2021 due to a medical condition on which she had not yet recovered.  Ms. Monte also indicated to the EEOC that Defendants were amenable to participating in private mediation in hopes of avoiding protracted litigation and conserve resources.  As professional courtesy, the EEOC agreed to stipulate to a ninety (90) day stay of proceedings pending private mediation.  As of this date, the Parties have agreed to participate in a full day private mediation session with the Hon. Edward Infante (Ret.), a former Chief U.S. Magistrate Judge and currently at JAMS ADR.  The Parties are currently engaged in finding a mutually agreeable date for the mediation session in the near future.

In light of these circumstances, the Parties have been diligent. The Parties'

stipulation to stay proceedings is not sought for any improper purpose or delay, but to allow the Parties to efficiently and effectively settle this Action through private mediation and conserve judicial resources.[1]  The EEOC intends to file a status report regarding settlement no later than April 8, 2022. Accordingly, for the reasons stated herein, good cause exists to grant the stay.

So stipulated,

Dated: January 28, 2022

Ines Monte
LaPointe Law
1200 Shermer Rd., Suite 425
Northbrook, IL 60062
Phone: (847) 786-2503
E-Mail: imonte@lapointelaw.com

Attorney for Defendants
AMTCR, INC.
AMTCR NEVADA, INC., and
AMTCR CALIFORNIA, LLC

Dated: January 28, 2022

S/ Connie K. Liem
Connie K. Liem
Senior Trial Attorney

Attorney for Plaintiff EEOC

---

[1] This stipulation is entered solely for the purpose of settlement discussions.  Defendants contend that this stipulation is not intended to serve as an appearance by any of the Defendants named in this action.  Defendants reserve all arguments regarding lack of subject matter and/or personal jurisdiction over Defendants in this action.  The EEOC contends that subject matter jurisdiction and personal jurisdiction are proper in this action.

# ORDER

Based on the Parties' stipulation [ECF No. 7] and good cause appearing, the Court **ORDERS** that**:**

    1.    All formal proceedings in this case are **STAYED** until April 18, 2022.

    2.    The Parties must file a joint status report regarding settlement no later than April 8, 2022.

_____
U.S. District Judge
February 9, 2022