Anna Y. Park, CA SBN 164242
Kimberly A. Cruz, FL SBN 0153729
Derek Li, CA SBN 150122
Maurice Aaron Neishlos, CA SBN 338942
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, California, 90012
Telephone: (213) 785-3080
Facsimile: (213) 894-1301
Email: lado.legal@eeoc.gov

Connie K. Liem, TX SBN 791113
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
555 West Beech Street, Suite 504
Telephone: (619) 900-1617
Facsimile: (619) 557-7274
E-Mail: connie.liem@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> AMTCR, INC., AMTCR NEVADA, INC., and AMTCR CALIFORNIA, LLC, collectively dba McDonald's, and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 2:21-cv-01808-JAD-NJK <br><br> **PLAINTIFF EEOC's STATUS REPORT** <br><br><br> Honorable Jennifer A. Dorsey <br> U.S. District Judge |

Plaintiff United States Equal Employment Opportunity Commission ("Plaintiff" or "EEOC") by and through counsel of record, submits a unilateral

1

status report relating to settlement efforts.

On September 29, 2021, the EEOC filed a Complaint under Title VII of the Civil Rights Act of 1964, as amended (hereinafter "Title VII"), and Title I of the Civil Rights Act of 1991 (the "Action"), asserting violations of Section 703(a) of Title VII against AMTCR, Inc., AMTCR Nevada, Inc., and AMTCR California, LLC ("Defendants"). ECF No. 1.

On or about February 9, 2022, this Court granted the Parties' first stipulated request for a ninety (90) day stay to allow the Parties to participate in private mediation before the Honorable Edward Infante (Ret.) of JAMS ADR. ECF No. 8.  Shortly  thereafter, Judge Infante unfortunately declined to serve as a private mediator for this case due to scheduling conflicts. The Parties have subsequently agreed to an alternate private mediator, the Honorable Morton Denlow (Ret.) of JAMS ADR, and have mutually agreed to a May 2, 2022 mediation date. A full-day private mediation session before Judge Denlow is currently on calendar for **May 2, 2022**.  The EEOC has also forwarded a proposed Consent Decree and Order to Defendants to facilitate resolution.

                    Respectfully submitted,

                    U.S. EQUAL EMPLOYMENT
                    OPPORTUNITY COMMISSION

Dated: April 8, 2022                 <u>S/ Connie K. Liem</u>
                                       Connie K. Liem
                                       Senior Trial Attorney

                                       Attorney for Plaintiff EEOC