```
Anna Y. Park, CA SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, CA SBN 286260
nakkisa.akhavan@eeoc.gov
Derek Li, CA SBN 150122
derek.li@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  (213) 785-3080
Facsimile:  (213) 894-1301

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>AMTCR, INC., AMTCR NEVADA, INC., and AMTCR CALIFORNIA, LLC, COLLECTIVELY DBA MCDONALD'S, and DOES 1-10, inclusive,<br>Defendants. | CASE NO.: 2:21-cv-01808-JAD-NJK<br><br>**PLAINTIFF EEOC'S MOTION TO REMOVE CONNIE LIEM AND MAURICE AARON NEISHLOS AS ATTORNEYS OF RECORD** |

      Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") moves this Court for an Order granting its Motion to Remove Connie Liem and Maurice Neishlos as attorneys of record in this matter.

      Ms. Liem and Mr. Neishlos are no longer employed by the Legal Unit of the EEOC. Accordingly, both Ms. Liem and Mr. Neishlos should be removed from the list of counsel for

the EEOC and from the electronic service system for this matter. EEOC attorneys Anna Y. Park, Nakkisa Akhavan, and Derek Li remain as attorneys of record for Plaintiff EEOC.

Dated: November 17, 2025                                   Respectfully Submitted,

                                                           U.S. EQUAL EMPLOYMENT
                                                           OPPORTUNITY COMMISSION

                                                           By: */s/ Derek Li*
                                                                Derek Li
                                                                Attorney for Plaintiff U.S. EEOC

IT IS SO ORDERED.
Dated:  November 19, 2025
.
.
_____
Nancy J. Koppe
United States Magistrate Judge